IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC HOUSTON, #16891-074

    Plaintiff,

v.                                                                                                                                                            4:15cv63-WS

P.A. ZIMMERMAN, et al.,

    Defendants.

---

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed February 12, 2015.  See Doc. 3.  The magistrate judge recommends that the action be transferred to the United States District Court for the Middle District of Pennsylvania, Lewisburg Division.  The plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 3) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Pennsylvania, Lewisburg Division, for all further proceedings.

DONE AND ORDERED this   13th   day of   March  , 2015.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE